IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>EL RINCON, LLC d/b/a LAS MARGARITAS RESTAURANT,<br><br>　　　　　　Defendant. | 4:23CR3078<br><br>INFORMATION<br>8 U.S.C. §1324A(a)(1)(A),<br>8 U.S.C. §1324A(a)(2),<br>8 U.S.C. §1324(f)(1) |

The United States Attorney charges:

### COUNT I

On or about the November 8, 2018, in the District of Nebraska, the defendant, El Rincon, LLC, doing business as Las Margaritas Restaurant, engaged in a practice and pattern of hiring for employment and continuing to employ in the United States certain aliens whose identities are identified as, "Unauthorized Aliens 1-9", knowing that said aliens were unauthorized aliens (as defined in Title 8 United States Code, Section 1324a(a)(h)(3)), with respect to such employment.

In violation of Title 8, United States Code, Sections 1324A(a)(1)(A), 1324A(a)(2) and 1324(f)(1).

　　　　　　　　　　　　　　　　　　　　UNITED STATES OF AMERICA,
　　　　　　　　　　　　　　　　　　　　Plaintiff

　　　　　　　　　　　　　　　　　　　　STEVEN A. RUSSELL
　　　　　　　　　　　　　　　　　　　　United States Attorney
　　　　　　　　　　　　　　　　　　　　District of Nebraska

The United States of America requests that trial of this case be held in Lincoln, Nebraska, pursuant to the rules of this Court.

_____
STEVEN A. RUSSELL #16925
United States Attorney