AO 245B(Rev. 09/19) Judgment in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
District of Nebraska

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | Case Number: 4:23CR3078-001 |
| | USM Number: |
| EL RINCON, LLC | Carlos A. Monzon |
| | Defendant's Attorney |

**THE DEFENDANT:**

☒ pleaded guilty to count(s)  I of the Information.

☐ pleaded nolo contendere to count(s) which was accepted by the court.

☐ was found guilty on count(s) after a plea of not guilty

The defendant is adjudicated guilty of these offenses:

| Title & Section & Nature of Offense | Offense Ended | Count |
|---|---|---|
| 8:1324A(a)(l)(A), 1324A(a)(2) and 1324(f)(1) UNLAWFUL EMPLOYMENT OF UNAUTHORIZED ALIEN | November 8, 2018 | I |

  The defendant is sentenced as provided in pages 2 through 3 of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s)

☐ Count(s) dismissed on the motion of the United States.

  **IT IS ORDERED** that the defendant organization shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant organization shall notify the court and United States attorney of any material change in economic circumstances.

Defendant Organization's Federal Employer I.D. No.:
202529331

Defendant Organization's Principal Business Address:
  2700 Jamie Lane, Lincoln, Nebraska

Defendant Organization's Mailing Address:
  2700 Jamie Lane, Lincoln, Nebraska

June 28, 2023
Date of Imposition of Sentence:


*s/ Cheryl R. Zwart*
United States Magistrate Judge

June 30, 2023
Date

DEFENDANT: EL RINCON, LLC
CASE NUMBER: 4:23CR3078-001

## SUPERVISED RELEASE

The defendant shall be on supervised release for a term of **one (1) year.**

## MANDATORY CONDITIONS

1. The defendant organization must not commit another federal, state or local crime.

You must comply with the standard conditions that have been adopted by this court as well as with any other conditions stated.

## STANDARD CONDITIONS OF SUPERVISION

As part of your supervised release, you must comply with the following standard conditions of supervision. These conditions are imposed because they establish the basic expectations for your behavior while on supervision and identify the minimum tools needed by probation officers to keep informed, report to the court about, and bring about improvements in your conduct and condition.

1. within thirty days from the date of this judgment, the defendant organization shall designate an official of the organization to act as the organizations's representative and to be the primary contact with the probation officer.
2. the defendant organization shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.
3. the defendant organization shall notify the probation officer ten days prior to any change in principal business or mailing address.
4. the defendant organization shall permit a probation officer to visit the organization at any of its operating business sites.
5. the defendant organization shall notify the probation officer within seventy-two hours of any criminal prosecution, major civil litigation, or administrative proceeding against the organization.
6. the defendant organization shall not dissolve, change its name, or change the name under which it does business unless this judgment and all criminal monetary penalties imposed by this court are either fully satisfied or are equally enforceable against the defendant's successors or assignees.
7. the defendant organization shall not waste, nor without permission of the probation officer, sell, assign, or transfer its assets.

**U.S. Probation Office Use Only**

A U.S. probation officer has instructed me on the conditions specified by the court and has provided me with a written copy of this judgment containing these conditions. For further information regarding these conditions, see Overview of Probation and Supervised Release Conditions, available at: www.uscourts.gov.

Defendant's Signature                                                                                       Date

## SPECIAL CONDITIONS OF SUPERVISION

l. The defendant organization must pay a fine in the amount of 37,000.00 to the Clerk of the U.S. District Court, 111 S. 18th Plaza, Suite 1152, Omaha, Nebraska 68102-1322. **This amount is due immediately.**

zz. The defendant organization must report to the Supervision Unit of the U.S. Probation Office for the District of Nebraska between the hours of 8:00 a.m. and 4:30 p.m., 100 Centennial Mall North, 530 U.S. Courthouse, Lincoln, Nebraska, (402) 437-1920, on or before July 7, 2023 and, thereafter, as directed by the probation officer.

AO245B(Rev 09/19) Judgment in a Criminal Case                                                  Judgment Page 3 of 3

DEFENDANT: EL RINCON, LLC
CASE NUMBER: 4:23CR3078-001

## CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties immediately.

|  | **Assessment** | **Restitution** | **Fine** | **AVAA Assessment*** | **JVTA Assessment**** |
|---|---|---|---|---|---|
| **TOTALS** | $25.00 |  | $37,000.00 |  |  |

☒ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f).  Any payment options may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

---

CLERK'S OFFICE USE ONLY:

ECF DOCUMENT

I hereby attest and certify this is a printed copy of a document which was electronically filed with the United States District Court for the District of Nebraska.

Date Filed:_____

DENISE M.  LUCKS, CLERK

By _____Deputy Clerk